IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 98-cv-00364-ZLW-MEH

DOUGLAS E. ROARK,

     Plaintiff,

v.

COLORADO DEPT. OF CORRECTIONS, *et al.*,

     Defendants.

---

## ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

     Plaintiff has filed a *pro se* Motion to Enforce Settlement Agreement and Mutual Release in which he sets forth various allegations of actions or inactions by the Defendants, which he claims are in violation of the settlement agreement which was ultimately reached between the parties in this case. Plaintiff therefore seeks Court involvement to enforce the agreement.  However, the motion fails to demonstrate that the Plaintiff has served the opposing parties or their counsel of record with this motion, as required by Rule 5(a) of the Federal Rules of Civil Procedure.  Plaintiff indicates that he has served Mr. Timoth R. Arnold, Esq., with this motion and its attachments, but there is no indication in the record of who Mr. Arnold is and who he represents.  Although the court must liberally construe *pro se* filings, *pro se* status does not excuse the obligation of any litigant to comply with the same rules of procedure that govern other litigants.  *See Green v. Dorrell*, 969 F.2d 915, 917 (10th Cir. 1992); *Nielsen v. Price*, 17 F.3d 1276, 1277 (10th Cir. 1994).

     Accordingly, Plaintiff's Motion to Enforce Settlement Agreement and Mutual Release [<u>Filed

<u>February 21, 2006; Docket #244</u>] is **denied,** without prejudice, for failure to give notice to the

Defendants.

Dated at Denver, Colorado, this 27th day of February, 2006.

BY THE COURT:

 s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge